IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| AMY L. MIZEUR, | ) |
| Plaintiff, | ) |
| v. | ) Case No. |
| ILLINOIS BELL TELEPHONE CO., | ) |
| Defendant. | ) **Jury Demanded** |

## COMPLAINT

The Plaintiff, Amy L. Mizeur, brings this lawsuit against her former employer, Illinois Bell Telephone Co. In support of her complaint, she states:

### I. Jurisdiction and Venue

1. In this complaint, Mizeur maintains two separate claims that her rights under Title VII of the Civil Rights Act of 1964 were violated. Since both of her claims raise federal questions, this Court has jurisdiction under 28 U.S.C. § 1331.

2. Illinois Bell engages in business in Springfield, Illinois, and Mizeur worked at its Illinois Bell Academy in Springfield, making venue proper in this Court.

3. On approximately August 12, 2024, Mizeur filed a charge of discrimination with the Illinois Department of Human Rights (the "IDHR"). It

was automatically cross-filed with the United States Equal Employment Opportunity Commission (the "EEOC").

4. On May 20, 2025, the EEOC issued Mizeur a right-to-sue notice that allows her to file a lawsuit within 90 days.

## II. Parties

5. Mizeur is a Caucasian female previously employed by Illinois Bell.

6. Mizeur was initially hired by Illinois Bell on approximately December 6, 2021.

7. Mizeur was terminated from her position of Network Services Manager on May 24, 2024.

8. Illinois Bell is a telecommunications company.

## III. Allegations

9. During her tenure at Illinois Bell, Mizeur was subjected to a hostile work environment because of her race and gender.

10. In addition to a hostile work environment, Mizeur was treated differently than her co-workers because of gender and sex. This included being subjected to different performance standards than co-workers, being forced to take actions other co-workers were not required to provide, differently treated when it came to 1:1 time and evaluations with supervisor.

11. Her supervisor ultimately discharged her for a matter where she did nothing wrong and he did not even allow her to provide an explanation for the incident.

12. As a result of the foregoing, Mizeur has sustained damages, including lost wages and emotional distress.

## Count I
*Gender Discrimination under Title VII*

13. Paragraphs 1-12 are incorporated herein.

14. Count I is brought under the gender discrimination provisions of Title VII. 42 U.S.C. § 2000e-2(a)(1).

15. But for Mizeur's gender her employment would not have been terminated.

Wherefore, Mizeur respectfully requests that this Court enter judgment in her favor and against Illinois Bell and provide the following relief:

A. An order finding she was discriminated against in violation of Title VII.

B. An award of her economic damages, including back pay and benefits.

C. An award of compensatory damages to compensate for emotional distress, humiliation, and embarrassment.

D. An equitable award of front pay.

E. An award of punitive damages.

F. An award of fees and costs.

G. Any other award that is reasonable and just.

## Count II
*Race Discrimination under Title VII*

16. Paragraphs 1-12 are incorporated herein.

17. Count II is brought under the substantive provisions of Title VII. 42 U.S.C. § 2000e-2(a)(1).

18. Mizeur was discriminated against because of her race when she was terminated.

Wherefore, Mizeur respectfully requests that this Court enter judgment in her favor and against Illinois Bell and provide the following relief:

A. An order finding she was discriminated against in violation of Title VII.

B. An award of her economic damages, including back pay and benefits.

C. An award of compensatory damages to compensate for emotional distress, humiliation, and embarrassment.

D. An equitable award of front pay.

E. An award of punitive damages.

F. An award of fees and costs.

G. Any other award that is reasonable and just.

**Mizeur requests a Jury Trial**

AMY MIZEUR
*July 21, 2025*

By:  /s/ John A. Baker
     Her Attorney


John A. Baker
Baker, Baker & Krajewski, LLC
415 South Seventh Street
Springfield, Illinois 62701
Telephone:     (217) 522-3445
Facsimile:     (217) 522-8234
Email:         jab@bbklegal.com